# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robby Williams and Betsy Williams, | ) |
| Plaintiffs | ) **ORDER** |
| vs. | ) |
| Hess Corporation, Shannon Marbuerger, Mike Durkin, Dalton Logistics, Inc., and Mine Safety Appliances, LLC, | ) Case No. 1:16-cv-043 |
| Defendants | ) |

On December 1, 2017, the parties filed: (1) a stipulated confidentiality agreement; and (2) a stipulation for entry of protective order. The court **ADOPTS** the parties stipulations (Doc. Nos. 40 and 41). The parties may, subject to the requirements of D.N.D. Civ. L.R. 5.1(D) and the court's "Administrative Policy Governing Electronic Filing and Service," file documents labeled as "Confidential" or "Confidential Business Information" under seal.[1]

**IT IS SO ORDERED.**

Dated this 4th day of December, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] The court's "Administrative Policy Governing Electronic Filing and Service" governs the filing of sealed documents and sealed filed. D.N.D. Civ. L.R. 5.1(D). It provides in relevant part that parties must obtain leave of court to file a sealed document or sealed motion. Administrative Policy Governing Electronic Filing and Service at XV(A); see also the Court's Standing Order re: sealed Documents.