# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robby Williams and Betsy Williams, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Hess Corporation, Shannon Marbuerger, Mike Durkin, Dalton Logistics, Inc., and Mine Safety Appliances, LLC, | ) Case No. 1:16-cv-043 |
| Defendants. | ) |

The court held a status conference with the parties by telephone on May 7, 2018. Pursuant to its discussions with the parties, the court **ORDERS**:

1. The parties shall have until March 1, 2019, to file dispositive motions (summary judgment as to part or all of the case).

2. The final pretrial conference set for August 28, 2018, shall be rescheduled for August 27, 2019, at 11:00 a.m. by telephone before the magistrate judge. The court shall initiate the conference call.

3. The jury trial set for September 11, 2018, shall be rescheduled for September 9, 2019, at 9:00 am. in Bismarck before Chief Judge Hovland (courtroom #1) An eight (8) day trial is anticipated.

Dated this 7th day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court