# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robby Williams, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dalton Logistics, Inc., et al., ) | Case No. 1:16-cv-043 |
| ) | |
| Defendant. ) | |

On August 4, 2020, this action was reassigned to Judge Traynor, who, on motion by plaintiffs, continued the trial until January 26, 2021. (Doc Nos. 113 and 114). Accordingly, the Final Scheduling Order (Doc. No. 103) shall be amended as follows:

1. Pre-trial disclosure sheets are due 28 days prior to trial.

2. Objections to the pretrial disclosure sheets are due 15 days prior to trial.

Pre-trial disclosure sheets and any objections to them should be emailed to ndd_J-Traynor@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this August 7, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court